UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CAMERON INDUSTRIES, INC.,

                        Plaintiff,                    Case No. 08 CV 6170 (GBD)

            -against-                       **STIPULATION**

MANGO USA, INC. and CONWAY STORES, INC.,

                      Defendants.
------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the counsel for Plaintiff and Defendants, Mango USA, Inc. and Conway Stores, Inc., in the above-captioned action that:

1. The time for Defendants to answer, move, or otherwise respond to Plaintiff's Complaint shall be extended through and including September 5, 2008.

2. This stipulation may be signed in counterparts, and faxed and electronic signatures are deemed as original.

Dated: New York, New York
         August 4, 2008

SCHLACTER & ASSOCIATES           BALLON STOLL BADER & NADLER, P.C.

By: _____     By: _____
    Jed R. Schlacter (JRS-4874)           Sunny S. Kim (SSK-9800)
    Attorneys for Plaintiff                    Attorneys for Defendants

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG - 7 2008

Schlacter & Associates
450 Seventh Avenue
New York, New York 10123
(212) 695-2000

Ballon Stoll Bader & Nadler, P.C.
729 Seventh Avenue, 17th Floor
New York, New York 10019
(212) 575-7900

SO ORDERED: _____
                             U.S.D.J.
HON. GEORGE B. DANIELS

AUG - 7 2008